UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ACHILLES CORELLEONE,                    )      CASE NO. CV 11-4122-GW (PJW)
                                        )
                Petitioner,             )
                                        )      J U D G M E N T
            v.                          )
                                        )
MICHAEL STAINER, WARDEN,                )
                                        )
                Respondent.             )
_____ )

    Pursuant to the Order Accepting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

    DATED:     November 18, 2012.


                                    _____
                                    GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE


S:\GW\194 cases\LA11CV04122GW-J.wpd